1  Patrick Cummins
2  CA Bar No.: 294400
3  Patrick@CumminsIP.com
   Cummins IP PLLC
4  3426 PEPPERHILL RD
5  LEXINGTON, KY 40502
   TEL: 502.445.9880
6  *Counsel for Plaintiff,*
7  *DS Advanced Enterprises,*
8  *Ltd.*

9

10              **U.S. DISTRICT COURT**

11          **CENTRAL DISTRICT OF CALIFORNIA**

12

| DS ADVANCED ENTERPRISES, LTD., A CORPORATION, *Plaintiff*, v. LEDVANCE LLC, A CORPORATION, and LOWE'S GLOBAL SOURCING (SHANGHAI) TRADING CO., LTD., A CORPORATION, *Defendants*. | Case No.: 5:23-cv-02058-MCS-PD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
|---|---|

# NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff DS Advanced Enterprises, LTD. is herein dismissing, without prejudice, the following Defendant:

### LOWE'S GLOBAL SOURCING (SHANGHAI) TRADING CO., LTD.

1. This Notice does not constitute an admission of any issue of fact or law.

2. Plaintiff reserves the right to amend the complaint to add any defendant in the future, should the facts and circumstances warrant such an amendment.

3. Plaintiff reserves the right to pursue separate action(s) against Lowe's Global Sourcing (Shanghai) Trading Co., Ltd.

**NOTICE IS HEREBY GIVEN.**

Dated: November 3, 2023

**CUMMINS IP PLLC**

*/s/ Patrick Cummins*,

Patrick Cummins, CA Bar No. 294400

3426 Pepperhill Rd.

Lexington, KY 40502

Telephone: (502) 445-9880

Patrick@CumminsIP.com

*Counsel for Plaintiff,*

*DS Advanced Enterprises, Ltd.*